

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
ATTORNEY GENERAL

March 18, 1939

Honorable Wm. Hurwitz
Criminal District Attorney
Gregg County
Longview, Texas

Dear Sir:

Opinion No. O-814

Re: Must stamp be affixed to deed
reserving vendor's lien, when
tendered for filing with trans-
fer of note and a deed of trust
given as cumulative security.

You submit to us the following facts and question:

"A deed with an expressed vendor's lien was executed
and delivered, subsequently and before recording the deed,
the vendor's lien was transferred, and a deed of trust by
the vendee was issued to the Gladewater Federal Savings
and Loan Company, which company brought the deed, the
transfer of the vendor's lien and the deed of trust to
the County Clerk for filing.

"Is the deed subject to stamp tax?"

Article 7047e (a), Revised Statutes, after providing a
tax of 10¢ on each $100.00, or fraction thereof, over the first
$200.00, "on all notes . . . secured by . . . vendor's lien," and
providing that "no instrument creating a lien of any character
. . . shall be filed or recorded " until stamped, contains the
following exception, towit:

". . . and providing further that the provisions of
this Section shall not apply to renewals or extensions of
any notes or obligations, and specifically shall not apply
to refunding of existing bonds or obligations. And pro-
viding further this Section shall not apply to notes and
obligations or instruments securing same taken by or on

behalf of the United States or any corporate agency
or instrumentality of the United States Government in
carrying out a governmental purpose as expressed in any
Act of the Congress of the United States."

Under the meager facts submitted the deed reserving the
vendor's lien in this instance does not fall within any of the
exceptions. The vendor's lien is not one of renewal or extension,
nor do the facts show that any of the instruments were taken by
or on behalf of any agency or instrumentality of the United States
Government.

As submitted to us, the question is answered in the
affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Glenn R. Lewis*

Glenn R. Lewis
Assistant

GRL:N

APPROVED

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS